

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

00-286 D (1)

Magistrate Judge Division 1                     April 25, 2000

You are hereby notified that the following numbered and entitled case will be called on **Wednesday, May 17, 2000 at 9:00 a.m.** by Magistrate Judge Sally Shushan, 501 Magazine Street, Room B-309, New Orleans, Louisiana, and failure of plaintiff to report the status thereof or in the absence of good cause shown why case should remain on the docket, IT WILL BE RECOMMENDED THAT THE CASE BE DISMISSED.

CIVIL ACTION

Civil Action No. 00-0286-"D"(1)      Nicholas G. Sakellarides versus
                                      Keystone Shipping Company

DATE OF ENTRY
APR 2 6 2000

Complaint filed on January 28, 2000. No evidence of service filed into the record.