

MINUTE ENTRY
SHUSHAN, M.J.
MAY 17, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

NICHOLAS G. SAKELLARIDES                CIVIL ACTION

VERSUS                                  NO: 00-0286

KEYSTONE SHIPPING COMPANY               SECTION: "D" (1)


　　　　Prior order of the court required that plaintiff report the status of his case on Wednesday, May 17, 2000 at 9:00 a.m. Brenda W. Waltzer, for the plaintiff, appeared. The court instructed Ms. Waltzer to file proof of service in the record within thirty days.

　　　　Accordingly, the rule to show cause is rescheduled for Wednesday, June 14, 2000 at 9:00 a.m.

DATE OF ENTRY
MAY 1 8 2000

　　　　　　　　　　　　　　　　　　　　　SALLY SHUSHAN
　　　　　　　　~~United States~~ States Magistrate Judge

Fee_____
Process____
Dktd_____
CtRmDep___
Doc.No.____