

MINUTE ENTRY
SHUSHAN, M.J.
JUNE 14, 2000

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NICHOLAS G. SAKELLARIDES | CIVIL ACTION |
| VERSUS | NO: 00-0286 |
| KEYSTONE SHIPPING COMPANY | SECTION: "D" (1) |

Prior order of the court required that plaintiff file proof of service in the record within thirty days. Counsel for the plaintiff, Brenda W. Waltzer, notified the court that proof of service was filed in the record on Tuesday, June 13, 2000. Ms. Waltzer reported that she did not want to take a default against the defendant because of settlement negotiations. The court instructed Ms. Waltzer to notify the defendant that it had to answer or otherwise appear within thirty days or Ms. Walter was to take a default.

Accordingly, the rule to show cause is rescheduled for Wednesday, July 19, 2000 at 9:00 a.m.

DATE OF ENTRY
JUN 1 4 2000

SALLY SHUSHAN
United States Magistrate Judge