

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUL 19  AM 8: 36

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
SHUSHAN, M.J.
JULY 18, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NICHOLAS G. SAKELLARIDES | CIVIL ACTION |
| VERSUS | NO: 00-0286 |
| KEYSTONE SHIPPING COMPANY | SECTION: "D" (1) |

Ms. Waltzer reported that the defendant advised her that it had retained counsel and an appearance would be made in the next few days. The court instructed Ms. Waltzer to take a default if the defendant did not appear within thirty days.

Accordingly, the rule to show cause is rescheduled for Wednesday, August 23, 2000 at 9:00 a.m.

DATE OF ENTRY
JUL 19 2000

_____
SALLY SHUSHAN
United States Magistrate Judge