

MINUTE ENTRY
SHUSHAN, M.J.
JULY 31, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NICHOLAS G. SAKELLARIDES | CIVIL ACTION |
| versus | NUMBER: 00-0286 |
| KEYSTONE SHIPPING COMPANY | SECTION "D" (1) |

### HEARING ON MOTION

MOTION:	RULE TO SHOW CAUSE SCHEDULED ON AUGUST 23, 2000

**DISMISSED AS MOOT.**

DATE OF ENTRY
AUG 1 2000

SALLY SHUSHAN
United States Magistrate Judge

Fee_____
Process_____
X Dktd_____
  CtRmDep_____
  Doc.No. 9