```
                                                     FILED
                                               U.S. DISTRICT COURT
                                             EASTERN DISTRICT OF LA

                                               2000 AUG 18  PM 4: 25

                                                  LORETTA G. WHYTE
                                                       CLERK
```

MINUTE ENTRY
SHUSHAN, M.J.
AUGUST 18, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NICHOLAS G. SAKELLARIDES | CIVIL ACTION |
| VERSUS | NUMBER 00-0286 |
| KEYSTONE SHIPPING COMPANY | SECTION "D" (1) |

A telephone status conference was held this date.

PRESENT: (by telephone)

Brenda W. Waltzer, for the plaintiff;
G. Beauregard Gelpi and Carter DeLorme, for the defendant;

Ms. Waltzer advised that she will not be representing plaintiff in this matter. As a result, a further telephone status conference is scheduled for Wednesday, September 20, 2000 at 2:00 p.m. At that time pretrial conference and trial dates will be selected. Plaintiff is instructed that, if he intends to retain counsel, his attorney must be enrolled as counsel of record and prepared to participate in the September 20, 2000 status conference. Otherwise, plaintiff is directed to

```
DATE OF ENTRY
AUG 2 1 2000
```



participate in the conference personally.

The Clerk is directed to send a copy of this minute entry to plaintiff at 2401 Division Street, Metairie, Louisiana 70001.

_____
SALLY SHUSHAN
United States Magistrate Judge

---

CLERK TO NOTIFY ALL PARTIES
AND PLAINTIFF AT THE FOLLOWING
ADDRESS:

Nicholas G. Sakellarides
2401 Division Street
Metairie, Louisiana  70001