

13,570

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NICHOLAS G. SAKELLARIDES | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0286 |
| KEYSTONE SHIPPING COMPANY | * | SECTION "D" <br> A. J. McNAMARA |
| | * | |
| * * * * * * * * | | DIVISION 1 <br> SALLY SHUSHAN |

### UNOPPOSED MOTION FOR LEAVE TO AMEND ANSWER

**NOW INTO COURT**, through undersigned counsel, comes defendant, Keystone Shipping Company ("Keystone"), and moves this Honorable Court for leave to amend its answer by filing the first amending answer to correct inadvertent inconsistent language and to properly assert Keystone's position with respect to this litigation, as set forth in the attached memorandum in support. Counsel for plaintiff does not oppose this motion.

RESPECTFULLY SUBMITTED:

DATE OF ENTRY
AUG 2 2 2000

_____
G. BEAUREGARD-GELPI (19126)
STEPHANIE D. SKINNER (21100)

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc.No. _____

and

**GELPI SULLIVAN CARROLL**
400 Poydras St., Ste. 2525
New Orleans, LA 70130
Telephone: (504) 524-9714
Attorneys for Keystone Shipping Company

OF COUNSEL:
William G. Miossi
M. Carter DeLorme
WINSTON & STRAWN
1400 L Street, N.W.
Washington, DC 20005
(202) 371-5700
Attorneys for Defendant
Keystone Shipping Company

### CERTIFICATE OF SERVICE

I hereby certify that I have served on this __18__ day of August, 2000, a copy of the above and foregoing pleading by mailing same in the U.S. mail, properly addressed and first class postage pre-paid.

_____

61502

13,570

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NICHOLAS G. SAKELLARIDES | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0286 |
| KEYSTONE SHIPPING COMPANY | * | SECTION "D" |
| | | A. J. McNAMARA |
| | * | |
| | | DIVISION 1 |
| *  *  *  *  *  *  *  * | | SALLY SHUSHAN |

**MEMORANDUM IN SUPPORT OF**
<u>**MOTION FOR LEAVE TO AMEND ANSWER**</u>

**MAY IT PLEASE THE COURT:**

This matter involves a discrimination claim brought by Nicholas Sakellarides against Keystone Shipping Company for rejecting Sakellarides for employment with Keystone in September of 1997. In preparing the answer to the complaint, incorrect language was included in the prayer. Specifically, the answer contains certain language from plaintiff's complaint, rather than the standard prayer for an answer. Defendant respectfully requests this Court permit filing of

the attached first amending answer. Counsel for plaintiff has been contacted and does not oppose this motion.

                RESPECTFULLY SUBMITTED:

                _____
                G. BEAUREGARD GELPI (18226)
                STEPHANIE D. SKINNER (21100)

                and

                **GELPI SULLIVAN CARROLL**
                400 Poydras St., Ste. 2525
                New Orleans, LA  70130
                Telephone:  (504) 524-9714
                Attorneys for Keystone Shipping Company

OF COUNSEL:
William G. Miossi
M. Carter DeLorme
WINSTON & STRAWN
1400 L Street, N.W.
Washington, DC  20005
(202) 371-5700
Attorneys for Defendant
Keystone Shipping Company

## CERTIFICATE OF SERVICE

I hereby certify that I have served on this ___18___ day of August, 2000, a copy of the above and foregoing pleading by mailing same in the U.S. mail, properly addressed and first class postage pre-paid.



                _____

61503

13,570

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NICHOLAS G. SAKELLARIDES | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0286 |
| KEYSTONE SHIPPING COMPANY | * | SECTION "D" <br> A. J. McNAMARA |
| | * | |
| * * * * * * * * | | DIVISION 1 <br> SALLY SHUSHAN |

## ORDER

Considering the foregoing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that defendant, Keystone Shipping Company, is GRANTED leave to amend its answer by filing its first amending answer.

New Orleans, Louisiana, this 21st day of August, 2000

_____
DISTRICT COURT JUDGE

62505