

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NICHOLAS G. SAKELLARIDES | * | |
| | * | |
| Plaintiff | * | CIVIL ACTION |
| | * | |
| Versus | * | NO. 00-0286 |
| | * | |
| | * | SECTION D |
| KEYSTONE SHIPPING COMPANY | * | MAGISTRATE 1 |
| | * | |
| Defendant | * | |
| | * | |

* * * * * * * * * * * * * * * * * * *

MOTION TO ENROLL AS COUNSEL OF RECORD

NOW INTO COURT come John E. Whalen, Jr. and Vance E. Ellefson, Attorneys at Law, who respectfully move this Court to allow them to enroll as counsel of record for the Plaintiff, Nicholas G. Sakellarides, in the above-captioned matter.

Date : September 18, 2000

Respectfully submitted:

/s/ John E. Whalen, Jr.
John E. Whalen, Jr.   LA Bar # 22182
10170 Jefferson Hwy.
River Ridge, LA. 70123
(504) 737-9022

/s/ Vance E. Ellefson
Vance E. Ellefson   LA Bar # 5319
2901 Ridgelake Ave., Suite 201
Metairie, LA. 70002
(504) 835-0222

DATE OF ENTRY
SEP 2 0 2000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NICHOLAS G. SAKELLARIDES | * | |
| Plaintiff | * | CIVIL ACTION |
| Versus | * | NO. 00-0286 |
| | * | SECTION D |
| KEYSTONE SHIPPING COMPANY | * | MAGISTRATE 1 |
| Defendant | * | |

* * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion:

IT IS HEREBY ORDERED that John E. Whalen, Jr. and Vance E. Ellefson be enrolled as counsel of record in these proceedings for the Plaintiff, Nicholas G. Sakellarides.

New Orleans, Louisiana, this ____ day of September, 2000.

_____
JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion and Order have been served on opposing counsel by United States mail, postage prepaid and properly addressed, on this the 18th day of September, 2000.

_____
John E. Whalen, Jr.