

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**SEPTEMBER 20, 2000**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

NICHOLAS G. SAKELLARIDES                    CIVIL ACTION

versus                                      NUMBER 00-0286

KEYSTONE SHIPPING COMPANY                   SECTION "D" (1)

A settlement conference is scheduled in the above-captioned case on Thursday, February 8, 2001 at 1:30 P.M. before Magistrate Judge Sally Shushan, located at 501 Magazine Street, Room B-345, New Orleans, Louisiana.

On or before **February 6, 2001,** each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced,** briefly outlining any liability dispute, the damages, the value of the case and what realistic amount the respective party would be willing to offer/accept to settle this matter. **The letter/memorandum may be faxed directly to my chambers at 504-589-4994. All counsel are to have access to someone with full settlement authority.**

---

DATE OF ENTRY

SEP 2 1 2000

**SALLY SHUSHAN**
**UNITED STATES MAGISTRATE JUDGE**