```
                                              FILED
                                         U.S. DISTRICT COURT
                                         EASTERN DISTRICT OF LA

                                         2000 NOV -1 PM 2: 14

                                         LORETTA G. WHYTE
                                              CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NICHOLAS G. SAKELLARIDES | CIVIL ACTION |
| versus | NO. 00-0286 |
| KEYSTONE SHIPPING COMPANY | SECTION "D"(1) |

### CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 USC 636(c), all parties to the above-captioned civil proceeding hereby waive their right to proceed before a United States District Judge and consent to have a full-time United States Magistrate Judge conduct any and all further proceedings in the case, including but not limited to, the trial of the case and entry of final judgment.

The parties acknowledge they have been advised that they may, without adverse substantive consequences, withhold consent.

| October 27, 2000 | _[signature]_ | KEYSTONE SHIPPING COMPANY |
|---|---|---|
| Date | Plaintiff(s) | Defendant(s) |
| | _[signature]_ | _[signature]_ 10/27/2000 |
| | _[signature]_ | |

```
DATE OF ENTRY
NOV 1  2000
```

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge of this court for all further proceedings and the entry of judgment in accordance with Title 28 USC 636(c) and the foregoing consent of the parties.

New Orleans, Louisiana, this __1__ day of __Nov__, 2000.

```
                              _____
                              UNITED STATES DISTRICT JUDGE
```

**CERTIFICATE**

I certify that the signatures
affixed hereon represent the
consent of all parties to the suit.

_____
Deputy Clerk of Court