FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 29 PM 4: 14

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NICHOLAS G. SAKELLARIDES | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0286 |
| KEYSTONE SHIPPING COMPANY | * | SECTION "D"<br>A. J. McNAMARA |
| | * | |
| * * * * * * * * | * | DIVISION 1<br>SALLY SHUSHAN |

## JOINT MOTION FOR CONTINUANCE OF TRIAL DATE

NOW INTO COURT, through undersigned counsel, come the Plaintiff, Nicholas G. Sakellarides, and the Defendant, Keystone Shipping Company, and on suggesting to the court that all counsel have, in good faith, attempted to comply with the deadlines imposed by the Court, but that additional discovery needs to be had in order to properly prepare this matter for trial, move this Honorable Court for a continuance of the trial date, set in this matter for March 5, 2001, to a date and time to be determined by the Court.

Undersigned Counsel would advise the Court that, pursuant to local rule, counsel have discussed this matter with their respective clients, who have both consented to same.

DATE OF ENTRY
FEB 2 2001

Fee
Process
X Dktd
CtRmDep
Doc.No.

## ORDER

Considering the foregoing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the trial date set in this matter for March 5, 2001, is continued. ~~until~~ The court will schedule a telephone conference to set new dates. ~~, the ___ day of ___, 2001 at ___ o'clock ___ m.~~

New Orleans, Louisiana, this 1st day of ~~January~~ February, 2001.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
            MAGISTRATE

RESPECTFULLY SUBMITTED:

_____
John E. Whalen, Jr. (22182)
10170 Jefferson Hwy.
River Ridge, LA. 70123
(504) 737-9022
Attorney for Nicholas G. Sakellarides

_____
Vance E. Ellefson   (5319)
2901 Ridgelake Ave., Ste. 201
Metairie, LA. 70002
(504) 835-0222
Attorney for Nicholas G. Sakellarides

_____
G. Beauregard Gelpi (18226)
GELPI SULLIVAN CARROLL
400 Poydras Street, Ste. 2525
New Orleans, LA. 70130
(504) 524-9714
Attorney for Keystone Shipping Co.

OF COUNSEL:
William G. Miossi
M. Carter DeLorme
WINSTON & STRAWN
1400 L Street, N.W.
Washington, D.C. 20005
(202) 371-5700
Attorneys for Keystone Shipping Co.