```
              FILED
          U.S. DISTRICT COURT
         EASTERN DISTRICT OF LA

          2001 FEB -5  PM 3: 11

             LORETTA G. WHYTE
                  CLERK
```

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**FEBRUARY 5, 2001**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

NICHOLAS G. SAKELLARIDES                     CIVIL ACTION NO. 00-0286

versus                                       SECTION: "D" (1)

KEYSTONE SHIPPING COMPANY

The settlement conference scheduled on February 8, 2001 before the undersigned Magistrate Judge is reset for Monday, July 2, 2001 at 2:00 P.M. in Room B-345.

**On or before June 28, 2001,** each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced,** briefly outlining any liability dispute, the damages, the value of the case and what realistic amount the respective party would be willing to offer/accept to settle this matter. **The letter/memorandum may be faxed directly to my chambers at 504-589-4994. All counsel are to have access to someone with full settlement authority.**

DATE OF ENTRY
FEB 6 2001

SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
    Doc.No. 20