FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 APR 30 PM 4:19

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NICHOLAS G. SAKELLARIDES, | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | NO. 00-0286 |
| | ) | |
| v. | ) | SECTION: D |
| | ) | A. J. McNAMARA |
| KEYSTONE SHIPPING COMPANY | ) | |
| | ) | DIVISION: 1 |
| Defendant | ) | SALLY SHUSHAN |
| | ) | |

### DEFENDANT KEYSTONE SHIPPING COMPANY'S EXHIBIT LIST

Defendant Keystone Shipping Company, pursuant to this Court's Scheduling Order, submits its Exhibit List. Defendant reserves the right to augment its Exhibit List as additional witnesses are identified in the course of discovery:

1. Defendant's Personnel File of Nicholas Sakellarides;

2. Medical Records of Nicholas Sakellarides;

3. EEOC Files of Nicholas Sakellarides;

4. Any exhibits identified on Plaintiff's Exhibit List;

5. Any exhibit which becomes known through discovery; and

6. Any exhibit necessary for rebuttal/impeachment.

Respectfully submitted,

_____
G. Beauregard Gelpi (#18226)
Stephanie D. Skinner (#21100)
GELPI, SULLIVAN CARROLL
Texaco Center
400 Poydras Street, Suite 2525
New Orleans, LA 70130
(504) 524-9714
Attorneys for Keystone Shipping Company

OF COUNSEL:

William G. Miossi
M. Carter DeLorme
WINSTON & STRAWN
1400 L Street, N.W.
Washington, DC 20005
(202) 371-5700

Attorneys for Defendant
 Keystone Shipping Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of April, 2000, a true and correct copy of the foregoing Defendant Keystone Shipping Company's Exhibit List was sent first class mail, postage prepaid, to the following:

John E. Whalen, Jr.
10170 Jefferson Highway
River Ridge, LA 70123

Vance E. Ellefson, Esq.
2901 Ridgelake Ave.
Suite 201
Metatrie, LA 70002

_____