

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NICHOLAS G. SAKELLARIDES, | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | NO. 00-0286 |
| | ) | |
| v. | ) | SECTION: D |
| | ) | A. J. McNAMARA |
| KEYSTONE SHIPPING COMPANY | ) | |
| | ) | DIVISION: 1 |
| Defendant | ) | SALLY SUSHAN |
| | ) | |

### DEFENDANT KEYSTONE SHIPPING COMPANY'S WITNESS LIST

Defendant Keystone Shipping Company, pursuant to this Court's Scheduling Order, submits its witness list. Defendant reserves the right to augment its Witness List as additional witnesses are identified in the course of discovery.

1. Nicholas Sakellarides;

2. Art Sulzer;

3. Kate King;

4. Any person identified on Plaintiff's Witness List;

5. Any witness who becomes known through discovery;

6. Any witness necessary to authenticate any document to which counsel cannot agree; and

7. Any witness necessary for rebuttal/impeachment.



Respectfully submitted,

_____
G. Beauregard Gelpi (#18226)
Stephanie D. Skinner (#21100)
GELPI, SULLIVAN CARROLL
Texaco Center
400 Poydras Street, Suite 2525
New Orleans, LA 70130
(504) 524-9714
Attorneys for Keystone Shipping Company

OF COUNSEL:

William G. Miossi
M. Carter DeLorme
WINSTON & STRAWN
1400 L Street, N.W.
Washington, DC 20005
(202) 371-5700
Attorneys for Defendant
 Keystone Shipping Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of April, 2000, a true and correct copy of the foregoing Defendant Keystone Shipping Company's Witness List was sent first class mail, postage prepaid, to the following:

| | |
|---|---|
| John E. Whalen, Jr.<br>10170 Jefferson Highway<br>River Ridge, LA 70123 | Vance E. Ellefson, Esq.<br>2901 Ridgelake Ave., Ste. 201<br>Metatrie, LA 70002 |

_____