FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAY 30  PM 4:32

LORETTA G. WHYTE
CLERK

13,570

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NICHOLAS G. SAKELLARIDES | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0286 |
| KEYSTONE SHIPPING COMPANY | * | SECTION "D" <br> A. J. McNAMARA |
| | * | |
| * * * * * * * * | | DIVISION 1 <br> SALLY SHUSHAN |

### UNOPPOSED MOTION AND ORDER
### FOR EXTENSION OF DISCOVERY DEADLINE

**NOW INTO COURT**, through undersigned counsel, comes defendant, Keystone Shipping Company ("Keystone"), and moves this Honorable Court for an extension of the discovery cutoff, currently scheduled for May 29, 2001, up to, through and including June 19, 2001.

Counsel for plaintiff has been contacted and consents to this extension.

DATE OF ENTRY
JUN - 1 2001

Fee
Process
X Dktd
CtRmDep
Doc.No.

## ORDER

Considering the foregoing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the discovery deadline for this matter is extended up to, through and including June 19, 2001.

New Orleans, Louisiana, this __31__ day of __May__, 2001.

_____
UNITED STATES MAGISTRATE JUDGE


RESPECTFULLY SUBMITTED:

_____
G. BEAUREGARD GELPI (18226)
STEPHANIE D. SKINNER (21100)
**GELPI SULLIVAN CARROLL**
400 Poydras St., Ste. 2525
New Orleans, LA 70130
Telephone: (504) 524-9714
Attorneys for Keystone Shipping Company


OF COUNSEL:
William G. Miossi
M. Carter DeLorme
WINSTON & STRAWN
1400 L Street, N.W.
Washington, DC 20005
(202) 371-5700
Attorneys for Defendant
Keystone Shipping Company

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that I have served on this ___30___ day of May, 2001, a copy of the above and foregoing pleading by mailing same in the U.S. mail, properly addressed and first class postage pre-paid.

_____

65329v2