

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUN 11 AM 8: 44

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NICHOLAS G. SAKELLARIDES** | **CIVIL ACTION** |
| versus | **NUMBER 00-0286** |
| **KEYSTONE SHIPPING COMPANY** | **SECTION "D" (1)** |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that the action be and it is hereby dismissed without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

**COUNSEL ARE REMINDED THAT,** if witnesses have been subpoenaed, **EVERY WITNESS** MUST be notified by counsel not to appear.

DATE OF ENTRY
JUN 1 1 2001



Fee ____
Process ____
X Dktd ____
✓ CtRmDep ____
Doc.No. 25

The parties and counsel are thanked for their cooperation in amicably resolving this matter.

New Orleans, Louisiana, this ____ day of June, 2001.

_____
SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE